```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 07066
   ALBERTO P CHECCHIN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7603

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/19/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was dismissed without confirmation 01/09/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
ECMC                      UNSECURED       25958.64          .00         57.55
AMERICAN EAGLE BANK       UNSECURED       NOT FILED         .00           .00
CHASE                     UNSECURED       NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED       11146.88          .00         24.71
PORTFOLIO RECOVERY ASSOC  UNSECURED        3459.18          .00           .00
HOUSEHOLD AUTO FIN        UNSECURED       NOT FILED         .00           .00
HOUSEHOLD BANK            UNSECURED       NOT FILED         .00           .00
HOUSEHOLD BANK            UNSECURED       NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        3887.03          .00           .00
ROUNDUP FUNDING LLC       UNSECURED        1226.33          .00           .00
HSBC NV                   UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORP     UNSECURED        5756.66          .00           .00
PROGRESSIVE INSURANCE     UNSECURED       NOT FILED         .00           .00
TURTLE WAX                UNSECURED       NOT FILED         .00           .00
WASHINGTON MUTUAL         UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC       UNSECURED        1879.69          .00           .00
WELLS FARGO EDUCATIONAL   UNSECURED       18931.85          .00         41.97
WELLS FARGO EDUCATIONAL   UNSECURED       16184.71          .00         35.88
WELLS FARGO EDUCATIONAL   UNSECURED       10378.56          .00         23.01
WELLS FARGO EDUCATIONAL   UNSECURED        2629.61          .00           .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     2,554.00                     565.68
TOM VAUGHN                TRUSTEE                                       51.20
DEBTOR REFUND             REFUND                                       600.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  1,400.00

PRIORITY                                                 .00
SECURED                                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07066 ALBERTO P CHECCHIN
```

```
UNSECURED                                                         183.12
ADMINISTRATIVE                                                    565.68
TRUSTEE COMPENSATION                                               51.20
DEBTOR REFUND                                                     600.00
                                         ---------------  ---------------
TOTALS                                          1,400.00         1,400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE